

RECEIVED NOV - 4 2008 United States Marshals Service Western No. Carolina

FILED STATESVILLE, N.C. OCT 31 2008 U.S. DISTRICT COURT W. DIST. OF NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 5:08Cr49-V |
| | ) | |
| vs. | ) | WRIT OF HABEAS CORPUS |
| | ) | AD PROSEQUENDUM |
| | ) | |
| ANNA BRIDGES | ) | |
| | ) | |

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

TO: The Director, Bureau of Prisons, Washington, D.C.

TO: U.S. Marshal, Western District of North Carolina, Charlotte, North Carolina

TO: Chief Jailer, Pat Thomas, Watauga County Jail, 1184 Hodge Gap Road, Boone, NC 28607

GREETING:

IT IS ORDERED that you have the body of ANNA BRIDGES, **Identifying Information: (Inmate Number 47710; W/F; DOB: 09/06/1985; SSN: 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)**, now detained in the Watauga County Jail, under safe and secure conduct before the United States Magistrate Judge __Keesler__ of the United States District Court in and for the Western District of North Carolina, at the courtroom in the City of Charlotte, North Carolina, FORTHWITH (on or before Nov. 20, 2008 at 9:30 A.m.) there to make his Initial Appearance before the Court on charges contained in a certain Indictment now pending in said court against ANNA BRIDGES, and thereafter be tried and sentenced.

It is further ORDERED that immediately after the said case shall have been disposed of ANNA BRIDGES, be returned to the said Mecklenburg County Jail under safe and secure conduct, and have you then and there this writ.

Signed: October 31, 2008

_____
David C. Keesler
United States Magistrate Judge

Subject picked up from the Watauga County Jail and placed in USMS W/NC custody at the Catawba County Jail on 11/18/2008.

PATRICK C. SMITH, USM

BY: Kirstin G. Jones, CPS

Per Watauga County, all state charges were dismissed. Subject released on Federal bond on 11/25/2008.

PATRICK C. SMITH, USM

BY: Kirstin G. Jones, CPS

FILED
CHARLOTTE, NC

DEC 0 1 2008

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC