# United States District Court

__Western__ DISTRICT OF __North Carolina__

UNITED STATES OF AMERICA

V.

2- ANNA BRIDGES

**WARRANT FOR ARREST**

CASE NUMBER: 5:08CR49

*[Stamp: RECEIVED OCT 30 2008, United States Marshals Service, Western North Carolina]*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __2- ANNA BRIDGES__
<br>Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment [ ] Information [ ] Complaint [ ] Order of court

[ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)

**BANK ROBBERY.**

in violation of Title __18__ United States Code, Section(s) __2113(a); 2__

__FRANK G. JOHNS__
Name of Issuing Officer

*[signature]*
Signature of Issuing officer

__Clerk of Court__
Title of Issuing Officer

October 29, 2008   Charlotte, NC
Date and Location

Bail fixed at $ _____

by _____
Name of Judicial Officer

| RETURN | | | |
|---|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ <br> USMS, W/NC assumed custody from Watauga Co. Jail w/WHCAP | | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER | |
| DATE OF ARREST <br> 11/20/2008 | Otis Hamilton, DUSM | *[signature]* | FILED CHARLOTTE, NC <br> DEC 0 3 2008 <br> U.S. DISTRICT COURT <br> WESTERN DISTRICT OF NC |