# UNITED STATES DISTRICT COURT
Western District of North Carolina

UNITED STATES OF AMERICA

       vs.                     Crim. No. 0419  5:08CR00049-2

Anna Gabrieli Bridges

     On 7/12/2011, the above named was placed on Supervised Release for a period of three years. She has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Anna Gabrieli Bridges be discharged from supervision.

                                   Respectfully submitted,

                                 by  s/Valerie G. Debnam
                                     Valerie G. Debnam
                                     U. S. Probation Office
                                     200 S. College St
                                     Suite 1650
                                     Charlotte , NC  28202
                                     704-350-7641

Approved By:

s/ Keith S. Snyder II
Keith S. Snyder II
Supervising U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from Supervised Release and that the proceedings in the case be terminated.

                                     Date: August 1, 2013

                                     Richard L. Voorhees
                                     United States District Judge